PADRÓ, DEMANDANTE Y APELANTE, v. PÉREZ ET AL., DEMANDADOS
Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Sección Primera, en pleito sobre cumplimiento de con-
trato; moción de traslado.

No. 2169.—Resuelto en abril 29, 1920.

TRASLADO DEL PLEITO—AFFIDAVIT DE MÉRITOS.—El objeto perseguido por el ar-
tículo 82 del Código de Enjuiciamiento Civil al exigir declaración jurada
sobre los méritos del caso cuando se solicita el traslado de éste, y los fines
de la justicia, quedan cumplidos cuando dicha declaración jurada ha sido
hecha, aunque sea en la propia moción de traslado.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. M. Benítez Flores.*
Abogado de los apelados: *Sr. V. M. Fernández.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tri-
bunal.

La Corte de Distrito de San Juan, Sección Primera, de-
cretó el traslado de este pleito a la Corte de Distrito de
Arecibo fundándose en la residencia de los demandados. En
la apelación que el demandante interpuso contra esa reso-
lución sostiene que, de acuerdo con el caso de *Cintrón* v. *El
Zenit,* 26 D. P. R. 295, no debió decretarse el traslado por-
que para que los demandados pudieran obtenerlo han de-
bido presentar con la moción de traslado la declaración ju-
rada y fundada sobre los méritos del caso, exigida por el
artículo 82 del Código de Enjuiciamiento Civil.

El caso que se cita no es idéntico al presente porque en
aquel con la moción de traslado se presentaron dos decla-
raciones juradas, aunque no contenían hecho alguno que per-
mitiera precisar si la demandada tenía o no buenos motivos
de defensa contra la acción ejercitada, mientras que en el
presente caso si bien no se presentó una declaración jurada
sobre los méritos independientemente de la moción de tras-
lado, sin embargo, en ésta se alegó bajo juramento que ''los
demandados han expresado entera y razonablemente el caso
a su abogado y éste les ha informado que tienen una buena

y sustancial defensa sobre los méritos y estos demandados efectivamente así lo creen'', alegación parecida a la que se hizo en el caso de *Bithorn* v. *Ball,* 17 D. P. R. 584, y que fué considerada suficiente.

El objeto perseguido por el artículo 82 citado al exigir declaración jurada sobre los méritos del caso para solicitar el traslado de un pleito y los fines de la justicia quedan cumplidos cuando se hace esa declaración jurada, aunque sea en la propia moción de traslado.

La resolución apelada debe ser confirmada.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.